IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

      Plaintiff,                        No. CIV S-11-0543 MCE EFB P

      vs.

J. CLARK KELSO, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 9, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed March 9, 2011 (ECF No. 5), are ADOPTED in full;

2. Plaintiff's February 28, 2011 application to proceed *in forma pauperis* (ECF No. 3) is DENIED;

3. Plaintiff is directed to pay the $350 filing fee within 30 days; and

4. Plaintiff is admonished that failure to do so will result in a recommendation by the magistrate judge that this action be dismissed. *See* 28 U.S.C. § 1914(a).

Dated: May 3, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE